# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No. 1:18-cr-00005 |
| v. | ) District Judge Harry S. Mattice |
| DEUNTAE WATSON | ) Magistrate Judge Christopher H. Steger |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 85] recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count Two of the four count Indictment; (2) accept Defendant's guilty plea to Count Two of the four count Indictment; (3) adjudicate Defendant guilty of knowingly making a false written statement to a dealer, in connection with the acquisition of a firearm, in order to deceive the dealer as to the lawfulness of the sale of the firearm in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2); and (4) order that Defendant remain out of custody subject to the Order Setting Conditions of Release [Doc. 42] pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 85] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Count Two of the four count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Two of the four count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of knowingly making a false written statement to a dealer, in connection with the acquisition of a firearm, in order to deceive the dealer as

to the lawfulness of the sale of the firearm in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2); and

4. Defendant **SHALL REMAIN** out of custody subject to the Order Setting Conditions of Release [Doc. 42] until further order of this Court or sentencing in this matter which is scheduled to take place on **April 10, 2020, at 9:00 a.m.**

**SO ORDERED.**

/s/*Harry S. Mattice*
HARRY S. MATTICE
UNITED STATES DISTRICT JUDGE